UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ATARI J. AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14CV63 SNLJ |
| | ) | |
| P. KARD, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

By Memorandum and Order issued on November 18, 2014, the Court ordered the United States Marshal to attempt to issue process or cause process to issue upon plaintiff's complaint as to P. Kard, a correctional officer with the St. Genevieve County Jail. [Doc. #5]. On November 20, 2014, the United States Marshal returned the summons as executed. On the "remarks" section of the return of summons, the Marshal stated, "Spoke to Sheriff who stated on phone he would accept service via cert. mail." [Doc. #8] Thus, it appears that a copy of the complaint was sent to P. Kard through the Office of the Sheriff at the St. Genevieve County Jail.

Nonetheless, there is no indication on the docket that P. Kard actually received a copy of the complaint or actual service of summons, as no answer or other responsive pleading has yet been filed in this case. Therefore, the Court will require the Marshal to personally serve defendant at his workplace, the St. Genevieve County Jail, or wherever else his person may be found.

Accordingly,

**IT IS HEREBY ORDERED** that the United State Marshal is directed to serve a copy of the complaint on defendant P. Kard through personal service at either his workplace, at the St.

Genevieve County Jail, or wherever else his person may be found. *See Beyer v. Pulaski Cnty Jail*, 2014 U.S. App. LEXIS 19338 (8th Cir. Oct. 10, 2014).

Dated this 25<u>th</u> day of February 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE